# Third District Court of Appeal
## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2028
Lower Tribunal No. F06-27519

————————

**Roque Esteban Calafell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Roque Esteban Calafell, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.